IN THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

2004 OCT 14 A 10:42

BEATRICE CODIANNI-ROBLES,
Prison #11866-014
FCI Danbury
Plaintiff,

v.

UNITED STATES OF AMERICA,
Defendant

OCTOBER 13, 2004

3 04 CV 1725 JCH

**COMPLAINT**

**I. INTRODUCTION**

1. This action is brought pursuant to the Federal Tort Claims Act, 28 U.S.C.A. § 2671 et seq., to seek redress for injuries suffered by plaintiff Beatrice Codianni-Robles, an inmate incarcerated at the Federal Correctional Institute in Danbury, Connecticut, as a result of the negligent acts or omissions of the defendant United States of America, its officers and/or employees.

**II. JURISDICTION**

2. Jurisdiction of this Court is invoked under the provisions of 28 U.S.C. §§ 1331 and 1346(b).

**III. PARTIES**

3. At all relevant times, plaintiff Beatrice Codianni-Robles was, and still is, a citizen of the United States residing in the State of Connecticut.

4. At all relevant times, plaintiff was a prisoner incarcerated at the Federal

Correctional Institute located in Danbury, Connecticut [FCI Danbury].

5. At all relevant times, plaintiff was in the custody and control of the Bureau of Prisons [BOP], its agents, servants and employees. The BOP is an agency of the defendant United States of America [USA].

## IV. CLAIM FOR RELIEF

COUNT ONE [FEDERAL TORT CLAIMS ACT]

5. On or about July 29, 2002, Ms. Codianni-Robles was walking outside Unit 1A at FCI Danbury when she was caused to trip and fall as a result of a dangerous and defective depression in the sidewalk area.

6. As a result of her fall, Ms. Codianni-Robles suffered permanent injuries to her right wrist and master hand, including a displaced intra articular fracture of the right distal radius requiring surgical intervention and an ulnar stylohyoid fracture.

7. As a further result of her fall, Ms. Codianni-Robles suffered and continues to suffer pain in her right wrist, has impaired motion and decreased grip strength, and is permanently disfigured.

8. As a further result of her fall, Ms. Codianni-Robles, also sustained injuries to her right knee and right elbow and continues to suffer pain and swelling in her right knee and pain in her right elbow.

9. FCI Danbury, its agents, servants and/or employees had notice of the

defective condition in that the area was surveyed and found to be in disrepair several years prior to July 29, 2002 and, in addition, one or more individuals were caused to trip and fall in the same area and had reported the dangerous condition to FCI Danbury agents, servants and/or employees.

10. FCI Danbury, its agents, servants and/or employees were negligent in that they failed to maintain the sidewalk areas at the facility in good condition, allowed the dangerous and defective condition to exist for an unreasonable period of time, failed to perform reasonable inspections of the sidewalk areas, and failed to warn inmates, including Ms. Codianni-Robles, of the dangerous and defective condition of the sidewalk area, resulting in the above-described injuries to Ms. Codianni-Robles.

11. Plaintiff has satisfied the prerequisites for filing a claim set forth under 28 U.S.C.A. § 2675 in that she filed an administrative complaint with the Federal Bureau of Prisons on or about October 14, 2003 and received a release to sue dated April 15, 2004.

WHEREFORE the plaintiff claims:

A. Damages;

B. Such other relief as this Court deems just and reasonable.

THE PLAINTIFF, BEATRICE CODIANNI-ROBLES

By:________________________________

Kathryn Emmett
Emmett & Glander
45 Franklin Street
Stamford, CT 06901
(203) 324-7744
Federal Bar No. CT05605